**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7560

ROBERT M. HOWARD-PINSON,

Petitioner - Appellant,

versus

ARMY CLEMENCY & PAROLE BOARD,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:05-cv-01157-CMH)

Submitted: April 25, 2007          Decided: May 1, 2007

Before WILLIAMS, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert M. Howard-Pinson, Appellant Pro Se. Steven Michael Ranieri, Brian Eugene Bentley, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert M. Howard-Pinson appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition challenging his military convictions. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. See Howard-Pinson v. Army Clemency & Parole Bd., No. 1:05-cv-01157-CMH (E.D. Va. filed July 10, 2006 & entered July 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED